# L. DAVID ZUBE,
## Chapter 7 Trustee

---

59 COURT STREET, 5TH FLOOR
BINGHAMTON, NY 13901

TELEPHONE (607) 722-8823
FAX    (607) 722-8824
(NOT FOR SERVICE OF PROCESS)

e-mail: ZubeLaw@AOL.com

February 19, 2011

Clerk, US Bankruptcy Court
230 Alexander Pirnie Federal Bldg.
10 Broad Street
Utica, NY 13505

      RE:    Donnelly, timothy J. & Jacqueline A.
              Bankruptcy Case No.: 04-60315 (Chapter 7)

Dear Sir/Madam:

    Enclosed please find bankruptcy estate check #10172 in the amount $791.89 which constitutes a returned check or uncashed distribution payment of Claim #14 in the above-referenced case. I have been unable to locate an alternate accurate address for the creditor filing such claim(s). The last known address for the creditor is as follows:

Jane L. Wood, Inc.
520 Peru Road
PO Box 37
Groton NY 13073

**RECEIVED**
**FEB 2 3 2011**
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

    If you have any questions or require further information, please feel free to contact this office.

Very truly yours,

L. David Zube

Enclosure